Fred V. Meridith, County Atty., of Kaufman, and Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for unlawfully possessing whisky for the purpose of sale, with punishment fixed at a fine of $150.

This is a conviction growing out of the same transaction as that against the appellant in Case No. 24,108, Tex.Cr.App., 215 S.W.2d 617.

In addition to the finding of the beer as shown in Case No. 24,108, the officers also found in appellant's house a quantity of whisky. It is for the possession of this whisky that he stands here convicted.

The right to search for and seize that whisky depends upon the same facts as shown in Case No. 24,108.

Our conclusion that the search in that case was unauthorized determines, also, this case.

For the reasons set forth in said Case No. 24,108, the judgment is reversed and the cause is remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## VILLAREAL v. STATE.
### No. 24192.

Court of Criminal Appeals of Texas.
Dec. 8, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted for the offense of assault with intent to murder. His punishment was assessed at confinement in the state penitentiary for a term of three years.

The record is before us without bills of exception, objections to the court's charge, or a statement of facts. Consequently, there is nothing presented for review. The

indictment, as well as all other proceedings, appears to be regular.

The judgment of the trial court is in all things affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.